AGAPE BROADCASTERS INC vs. AMERICAN            8/26/2024
NATIONAL PROPERTY AND CASUALTY COMPANY
Cause: 202447287        CDI: 7      Court: 125

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 115735391 | Civil Process Request Form | | 08/05/2024 | 3 |
| 115592191 | Plaintiffs Original Petition For Declaratory Judgment For The Enforcement Of A Judgment For Insurance Code Violations | | 07/26/2024 | 10 |
| -> 115595620 | Affidavit In Support Of Filing Of Foreign Judgment | | 07/26/2024 | 2 |
| -> 115595621 | Exhibit A Judgment | | 07/26/2024 | 1 |

EXHIBIT B


## Service of Process Transmittal Summary

**TO:**   Stuart Paulson, Senior Vice President
American National Property and Casualty Company
1949 E Sunshine Corporate Centre
Springfield, MO 65899-0001

**RE:**   **Process Served in Texas**

**FOR:**   American National Property and Casualty Company  (Domestic State: MO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:**   AGAPE BROADCASTERS, INC. vs. AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY

**CASE #:**   202447287

**NATURE OF ACTION:**   Insurance Litigation

**PROCESS SERVED ON:**   C T Corporation System, Dallas, TX

**DATE/METHOD OF SERVICE:**   By Traceable Mail on 08/12/2024

**JURISDICTION SERVED:**   Texas

**ACTION ITEMS:**   CT will retain the current log

Image SOP

Email Notification,  Service Of Process  pcserviceofprocess@americannational.com

Email Notification,  Emily Novicky  emily.novicky@americannational.com

**REGISTERED AGENT CONTACT:**   C T Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
866-401-8252
LargeCorporationTeam@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

EXHIBIT B


PRONTO PROCESS

PO Box 7819
San Antonio, TX 78207

CERTIFIED MAIL

9589 0710 5270 0710 6928 82



Retail

U.S. POSTAGE PAID
FCM LG ENV
FLORESVILLE, TX 78114
AUG 09, 2024

75201

$11.26

RDC 99                R2304M111192G-04

American National Property and Casualty Company
B/s CT Corporation System
1999 Bryan St
STe 900
Dallas TJ 75201

EXHIBIT B

CAUSE NUMBER: 202447287

| | |
|---|---|
| PLAINTIFF: AGAPE BROADCASTERS INC | In the 125th Judicial |
| vs. | District Court of |
| DEFENDANT: AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY BY SERVING ITS REGISTERED AGENT C
T CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900

DALLAS TX 75201

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT FOR THE ENFORCEMENT OF A JUDGMENT FOR INSURANCE CODE VIOLATIONS AND NOTICE OF FILING FOREIGN JUDGMENT AGAINST TEXAS ESTATE.

This instrument was filed on July 26, 2024, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this August 5, 2024.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: WANDA CHAMBERS

Issued at request of:
PECKHAM, CHARLES HENRY
800 BERING DR #220
HOUSTON, TX  77057
713-574-9044
Bar Number: 15704900

EXHIBIT B

Tracking Number: 74357101

CAUSE NUMBER: 202447287

| PLAINTIFF: AGAPE BROADCASTERS INC | In the 125th |
|---|---|
| vs. | Judicial District Court |
| DEFENDANT: AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | of Harris County, Texas |

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock _____. M., on the _____ day of _____, 20_____.

Executed at (address) _____

in _____ County

at _____ o'clock _____. M., on the _____ day of _____, 20 _____,

by delivering to _____ defendant, in person, a true copy of this

Citation together with the accompanying _____ copy(ies) of the _____ Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____    PSC1537
exp10·31·25

County, Texas    8·8·24  8:00Am, By: _____

_____ Affiant    Deputy    _____ of _____

On this day, _____, known to me to be the person whose signature

appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

EXHIBIT B

EXHIBIT B

Cause No. _____

| | | |
|---|---|---|
| AGAPE BROADCASTERS, INC.<br>　　　Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| v. | §<br>§<br>§ | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| AMERICAN NATIONAL PROPERTY<br>AND CASUALTY COMPANY and the<br>ESTATE OF MARCUS TODD<br>SAMPSON, | §<br>§<br>§<br>§ | |
| | §<br>§ | _____ JUDICIAL DISTRICT |
| 　　　Defendants. | | |

---

## PLAINTIFF'S ORIGINAL PETITION

### For

## DECLARATORY JUDGMENT, FOR THE ENFORCMENT OF A JUDGMENT, FOR INSURANCE CODE VIOLATIONS

### And

## NOTICE OF FILING FOREIGN JUDGMENT AGAINST TEXAS ESTATE

---

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, **AGAPE BROADCASTERS, INC.**, which does allege, aver, and represent as follows:

### I.

### PARTIES

Plaintiff is a corporation organized and existing under the laws of the State of Louisiana, with its principal place of business located at 110 West Third Street, Crowley, Louisiana 70526.

Defendant, **American National Property and Casualty Company** ("ANPAC") is a foreign, for-profit Fire and Casualty insurance company which is engaged in the business of

insurance in the State of Texas. ANPAC may be served with process by serving its registered agent, CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201, its registered address. Service of said Defendant may be affected by personal delivery or certified mail

Defendant, **Estate of Marcus Todd Sampson** is an estate in Harris County Probate Court No. 4 under Cause No. 472093, *In the Estate of Marcus Todd Sampson, Deceased,* which may be served with process by serving Vallie Matix, Administratrix of the Estate, by serving Lewis and Lewis Attorneys at Law, PLLC, attorneys for the estate and/or attorneys for the administratrix, at 16055 Space Center Blvd., Suite 190, Houston, Texas 77602. Service of said Defendant may be affected by personal delivery or certified mail.

## II.

## DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 2 as per Rule 190.3 of the Texas Rules of Civil Procedure.

## III.

## JURISDICTION AND VENUE

Venue is proper pursuant to Section 15.035 of the Texas Civil Practice and Remedies Code due to debt obligations in this state and county, and Section 15.002(a)(1) and (2) of the Texas Civil Practice and Remedies Code. Furthermore, subject matter jurisdiction is present. The amount in controversy is within the jurisdictional limits of this Court. Pursuant to Rule 47, the amount sought in this case is more than $1 million.

This court has jurisdiction over Defendant ANPAC because said Defendant purposefully availed itself of the privilege of conducting activities in the State of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of

2

jurisdiction over ANPAC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

Plaintiff would show that Defendant ANPAC had continuous and systematic contacts with the State of Texas sufficient to establish general jurisdiction over said Defendant.

Furthermore, Plaintiff would show that Defendant ANPAC engaged in activities constituting business in the State of Texas as provided by Tex. Civ. Prac. & Rem. Code § 17.042, in that said Defendant contracted with a Texas resident and performance of the agreement in whole or in part thereof was to occur in Texas.

## IV.

### THE INCIDENT AND ITS CONSEQUENCES

Plaintiff owns and operates KAJN Radio (hereinafter "KAJN"), a Christian radio station broadcasting on air across Southwest Louisiana and East Texas since 1977. KAJN is one of the leading Christian radio stations in the United States, broadcasting only Christian music and programming, including teaching programs. KAJN's Christian message reaches approximately one and a half million people in the Lake Charles, Alexandria, Lafayette, and Baton Rouge areas, as well as listeners in East Texas and on oil rigs in the Gulf of Mexico.

KAJN is broadcast on a commercial frequency, 102.9 FM, pursuant to a license granted by the Federal Communications Commission (FCC). KAJN, as an FCC licensee, is a commercial, for-profit station entitled to transfer its license by private sale to another entity which may commercially operate the frequency.

KAJN's signal originates at its studio in Crowley, Louisiana. At the time of the events described herein, KAJN sent its signal from its Crowley studio to its microwave dish connected to the TV 3 Tall Tower in Kaplan, Louisiana. The signal then moved from KAJN's dish to the tower's transmitter building. The transmitter processed the signal and moved it back up the tower

3

through KAJN's transmission line to KAJN's antenna, where the signal was broadcast to listeners. Including KAJN's antenna, the TV 3 Tall Tower in Kaplan was nearly 1,800 feet high and had a radio broadcast capability of 100,000 watts.

At approximately 7:56 a.m. on August 31, 2018, just a few minutes after taking off from the Chris Crusta Memorial Airport in Abbeville, Louisiana, a fixed wing single engine aircraft Model PA-28R, manufactured by Piper Aircraft, Inc., bearing FAA registration number N7430J, crashed into the TV 3 Tall Tower in Kaplan. The aircraft's operator, Marcus Todd Sampson, as well as his young daughter, a passenger in the plane, were killed instantly.

As a result of the crash, the TV 3 Tall Tower and all of KAJN's associated equipment, including its microwave dish, transmission line, and antenna, were completely destroyed.

After scrambling for eleven hours to identify alternative methods by which to broadcast its signal to listeners, KAJN secured use of another station's back-up antenna at a height of 500 feet. The back-up antenna and alternative tower allowed KAJN to broadcast its signal at just 2,000-3,000 watts, or 2%-3% of its pre-crash capability. KAJN's broadcast area, once reaching nearly a million and a half people between Lake Charles, Alexandria, Lafayette, Baton Rouge, and elsewhere was reduced to just the Crowley, Jennings, Eunice, and Opelousas areas, with limited coverage in the key Lafayette area.

Over the next several months, KAJN attempted to develop a long-term solution to the problem of achieving its pre-crash broadcast capabilities without use of the now-destroyed TV 3 Tall Tower in Kaplan. In May of 2019, KAJN completed negotiations of a deal with KATC TV Channel 3, based in Lafayette, Louisiana, to use its tower located in Branch, Louisiana to broadcast its signal. Although the Branch tower is 1,800 feet high, the deal with KATC TV Channel 3 allows KAJN to broadcast with an antenna at 800 feet at an output of only 11,000-12,000 watts, achieving only 11%-12% of KAJN's pre-crash capability.

4

Moreover, the Branch tower on which KAJN now is broadcasting is located outside of KAJN's broadcast zone as approved by the FCC. Although KAJN has obtained the FCC's permission to broadcast outside its broadcast zone with an antenna at 800 feet at an output of only 11,000-12,000 watts, KAJN must secure additional, formal approval by the FCC in order to broadcast with an antenna at a higher level and at a full licensed output power of 100,000 watts.

Between March 18, 2018 and March 17, 2019, ANPAC insured Macken Aviation, LLC and its individual executive officers and members, in consideration for premiums duly paid, under aircraft insurance policy number AC-03390-00 (the "Policy"). The Policy afforded coverage against certain claims, lawsuits, and liabilities which may be incurred to third parties within the policy terms, such as the incident outlined above.

The Policy affords coverage under the plain language of the contract to protected persons for their legal liabilities for property damage and bodily injuries to third parties as a result of an occurrence, that is, a sudden event which causes such damage On or about August 31, 2018, while the Policy was in full force and effect, Marcus Todd Sampson was the pilot of an insured aircraft under the Policy when it crashed into Plaintiff Clark's property in Vermillion Parish, Louisiana, causing property damage. The crash resulted in the death of Sampson.

A lawsuit ensued. This matter was adjudicated in the United States District Court, Western District of Louisiana, Lafayette Divion under Civil Action No. 6:19-cv-01099; Agape Broadcasters, Inc. *v. Estate of Marcus T. Samson, et al.* In that Cause, judgment was rendered in favor of Plaintiff Agape Broadcasters, Inc. against Vallie Matix as the appointed administratrix of the Estate of Marcus Todd Sampson, Defendant in the sum total of $6,023,642.00 plus legal interest and costs, on August 15, 2023.

EXHIBIT B

## V.

## NOTICE TO THE ESTATE OF MARCUS TODD SAMPSON

TO:     The Estate of Marcus Todd Sampson
        Vallie Matix, Administratrix of the Estate
        Lewis and Lewis Attorneys at Law, PLLC,
        16055 Space Center Blvd., Suite 190
        Houston, Texas 77602

You are hereby notified that the judgment creditor named below has filed an authenticated copy of a judgment with the above-described court. The judgment names you as the judgment debtor and was rendered by the United States District Court for the Western District of Louisiana, Lafayette Division on April 15, 2023. The filing was made under the provisions of the Uniform Enforcement of Foreign Judgments Act as adopted in the State of Texas.

The name and address of the judgment creditor is:

    AGAPE BROADCASTERS, INC.
    c/o , Charles H. Peckham
    TBN: 15704900
    Mary A. Martin
    TBN: 00797280
    Peckham Martin, PLLC
    800 Bering Drive, Suite 220
    Houston, Texas 77057
    TEL:   (713) 574-9044

The name and address of the judgment creditor's attorney in Texas is:

    Charles H. Peckham
    TBN: 15704900
    Mary A. Martin
    TBN: 00797280
    Peckham Martin, PLLC
    800 Bering Drive, Suite 220
    Houston, Texas 77057
    TEL:   (713) 574-9044

Given this 26th day of July 2024.

EXHIBIT B

## VI.

## CLAIMS

Plaintiff, AGAPE BROADCASTERS, INC., as owner and operator of KAJN Radio, brings claims against Defendants, MACKEM AVIATION, LLC (d/b/a/ Space City Aviators) and DAVID L. NORMAN, pursuant to the laws of the State of Louisiana and the State of Texas.

### Claim for Enforcement of Judgment

Plaintiff files this claim to enforce the referenced judgment against the Estate and any insurance coverage applicable.

### Claim for Declaratory Judgment

Plaintiff files this claim to seek a declaration that the above referenced Policy affords coverage to Marcus Todd Sampson and as a result to the Estate of Marcus Todd Sampson as to the judgment here referenced.

### Claim for Insurance Code Violations

Furthermore, the facts giving rise to Plaintiff's claims in this case are not just the incident itself, but rather the Defendant's actions and violations of the Texas Insurance Code, including these specific violations:

a)     Defendants are required by the Tex. Ins. Code §541.060 (a)(2) "to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability has become reasonably clear."; and

b.)     The liability of Defendant ANPAC under the Policy is reasonably clear given the facts in this case. What is also clear is that the final decision of denial made by Defendant ANPAC was not a good faith attempt to effectuate a prompt, fair and equitable settlement of Plaintiff's claims of damage Plaintiff is entitled to recover from Defendant.

EXHIBIT B

The Defendants knowingly committed the foregoing violations. The foregoing violations were a producing cause of Plaintiff's damages.

## VII.

## DAMAGES

Damages include the judgment and attorney's fees in filing and prosecuting this matter.

## VIII.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

///

///

///

///

///

///

///

///

EXHIBIT B

**WHEREFORE,** Plaintiff, **AGAPE BROADCASTERS, INC.,** prays that Defendants be cited to appear and answer herein and, following a trial hereof, that Plaintiff be awarded damages, pre-judgment and post-judgment interest in the maximum amount allowed by law, costs of court, and such other relief to which Plaintiff may show itself justly entitled.

Respectfully submitted,

*/s/ Charles H. Peckham*

Charles H. Peckham
TBN: 15704900
cpeckham@pmlaw-us.com

Mary A. Martin
TBN: 00797280
mmartin@pmlaw-us.com

PECKHAM MARTIN, PLLC
Two Bering Park
800 Bering Drive, Suite 220
Houston, Texas 77057
(713) 574-9044

**LUNDY LLP**

T. Houston Middleton, IV
TBN: 24085753
501 Broad Street (70601)
P.O. Box 3010
Lake Charles, Louisiana 70602
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

*Counsel for Plaintiff, Agape Broadcasters, Inc.*

EXHIBIT B

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charles Peckham on behalf of Charles Peckham
Bar No. 15704900
cpeckham@pmlaw-us.com
Envelope ID: 90234226
Filing Code Description: Petition
Filing Description: Petition
Status as of 7/26/2024 1:43 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Houston Middleton | | hmiddleton@lundylawllp.com | 7/26/2024 1:03:07 PM | SENT |
| Hunter Lundy | | hlundy@lundylawllp.com | 7/26/2024 1:03:07 PM | SENT |
| Mary A.Martin | | mmartin@pmlaw-us.com | 7/26/2024 1:03:07 PM | SENT |
| Drew Lewis | 24133131 | dlewis@lewis-lawyers.com | 7/26/2024 1:03:07 PM | SENT |
| Polly Lewis | 12302250 | plewis@lewis-lawyers.com | 7/26/2024 1:03:07 PM | SENT |
| Andrew Lewis | 24068006 | alewis@lewis-lawyers.com | 7/26/2024 1:03:07 PM | ERROR |

EXHIBIT B

Cause No. _____

| | | |
|---|---|---|
| AGAPE BROADCASTERS, INC. | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| AMERICAN NATIONAL PROPERTY | § | |
| AND CASUALTY COMPANY and the | § | |
| ESTATE OF MARCUS TODD | § | |
| SAMPSON, | § | |
| | § | _____ JUDICIAL DISTRICT |
| Defendants. | | |

## AFFIDAVIT IN SUPPORT OF FILING OF FOREIGN JUDGMENT
### *Pursuant to Texas Civil Practice And Remedies Code §35.004(a) - Uniform Enforcement of Foreign Judgments Act*

**FOR:**

UNITED STATES DISTRICT COURT
WESTERN DISTICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| AGAPE BROADCASTERS, INC. | § | |
| | § | |
| VS. | § | Case No. 6:19-cv-1099 LEAD |
| | | |
| SAMPSON, et.al. | § | |

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES H.

PECKHAM, known to me to be a credible person competent in all respects to make this affidavit,

and who, being by me sworn upon oath, stated:

"I am the local Texas attorney for the judgment creditor having a judgment dated August 15, 2023 from the United States District Court for the Western District of Louisiana, Lafayette Division. An authenticated copy of the judgment has this day been filed with the clerk of the above-captioned court attached as

EXHIBIT B

Exhibit A hereto.

"The name and last known address of the judgment debtor is:

> The Estate of Marcus Todd Sampson
> Vallie Matix, Administratrix of the Estate
> Lewis and Lewis Attorneys at Law, PLLC,
> 16055 Space Center Blvd., Suite 190
> Houston, Texas 77602

"The name and address of the judgment creditor is:

> AGAPE BROADCASTERS, INC.
> c/o , Charles H. Peckham
> TBN: 15704900
> Mary A. Martin
> TBN: 00797280
> Peckham Martin, PLLC
> 800 Bering Drive, Suite 220
> Houston, Texas 77057
> TEL:   (713) 574-9044

"The name and address of the judgment creditor's attorney in Texas is:

> Charles H. Peckham
> TBN: 15704900
> Mary A. Martin
> TBN: 00797280
> Peckham Martin, PLLC
> 800 Bering Drive, Suite 220
> Houston, Texas 77057
> TEL:   (713) 574-9044

"The purpose of the affidavit is so that notice of the filing of the foreign judgment can be given to the judgment debtor.

"Further Affiant sayeth Not."

_____
Charles H. Peckham

SUBSCRIBED and SWORN TO BEFORE ME on this the 26th day of July 2024 to certify which witness my hand.

_____
Notary Public in and for the State of Texas



MARY ABBOTT MARTIN
Notary ID #129328903
My Commission Expires
March 24, 2025

EXHIBIT B

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **AGAPE BROADCASTERS, INC.** | **CASE NO.: 6:19-cv-01099 LEAD** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SAMPSON, et al** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

Considering the Unopposed Motion for Summary Judgment filed by Plaintiff, AGAPE BROADCASTERS, INC.;

**IT IS ORDERED** that Plaintiff's Unopposed Motion for Summary Judgment be and is hereby granted; and

**JUDGMENT** hereby is rendered in favor of Plaintiff, AGAPE BROADCASTERS, INC., and against Defendant, VALLIE MATIX, DULY APPOINTED DEPENDENT ADMINISTRATRIX OF THE ESTATE OF MARCUS TODD SAMPSON, in the amount of $6,023,642 together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Lafayette, Louisiana, this 15th day of August, 2023.

_____
**HONORABLE ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT COURT JUDGE**

ATTEST A TRUE COPY
DANIEL J. McCOY, CLERK
USDC, WESTERN DISTRICT OF LA
BY _____
DATE 07/16/24

**EXHIBIT**

A

EXHIBIT B

# CIVIL PROCESS REQUEST

---

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

---

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): _____

**FILE DATE OF MOTION:** _____
Month/         Day/         Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**1.** NAME: _____

ADDRESS: _____

AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

    **SERVICE BY** (*check one*):

      ☐ **ATTORNEY PICK-UP**      ☐ **CONSTABLE**

      ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____

      ☐ **MAIL**      ☐ **CERTIFIED MAIL**

      ☐ **PUBLICATION:**

        Type of Publication:  ☐ **COURTHOUSE DOOR, or**

                ☐ **NEWSPAPER OF YOUR CHOICE:** _____

      ☐ **OTHER**, *explain* _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*

**2.** NAME: _____

ADDRESS: _____

AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

    **SERVICE BY** (*check one*):

      ☐ **ATTORNEY PICK-UP**      ☐ **CONSTABLE**

      ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____

      ☐ **MAIL**      ☐ **CERTIFIED MAIL**

      ☐ **PUBLICATION:**

        Type of Publication:  ☐ **COURTHOUSE DOOR, or**

                ☐ **NEWSPAPER OF YOUR CHOICE:** _____

      ☐ **OTHER**, *explain* _____

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: _____ TEXAS BAR NO./ID NO. _____

MAILING ADDRESS: _____

PHONE NUMBER: _____ _____ FAX NUMBER: _____ _____
              area code         phone  number                area code     fax  number

EMAIL ADDRESS: _____

**EXHIBIT B**

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
ORDER TO: _____
                    (specify)

MOTION TO: _____
                    (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Unofficial Copy Office of Marilyn Burgess District Clerk

EXHIBIT B

CIVC108 Revised 9/3/99

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charles  Peckham  on behalf of Charles  Peckham
Bar No. 15704900
cpeckham@pmlaw-us.com
Envelope ID: 90528583
Filing Code Description: Request
Filing Description: Civil Process Request
Status as of 8/5/2024 11:55 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary A.Martin | | mmartin@pmlaw-us.com | 8/5/2024 11:22:35 AM | SENT |
| Polly Lewis | 12302250 | plewis@lewis-lawyers.com | 8/5/2024 11:22:35 AM | SENT |
| Houston Middleton | | hmiddleton@lundylawllp.com | 8/5/2024 11:22:35 AM | SENT |
| Hunter Lundy | | hlundy@lundylawllp.com | 8/5/2024 11:22:35 AM | SENT |
| Drew Lewis | 24133131 | dlewis@lewis-lawyers.com | 8/5/2024 11:22:35 AM | SENT |
| Andrew Lewis | 24068006 | alewis@lewis-lawyers.com | 8/5/2024 11:22:35 AM | ERROR |

EXHIBIT B